ANGLIN FLEWELLING RASMUSSEN CAMPBELL & TRYTTEN LLP

1  Robert A. Bailey (# 214688)
     rbailey@afrct.com
2  Grace B. Kang (# 229464)
     gkang@afrct.com
3  ANGLIN, FLEWELLING, RASMUSSEN,
     CAMPBELL & TRYTTEN LLP
4  199 South Los Robles Avenue, Suite 600
   Pasadena, California 91101-2459
5  Telephone: (626) 535-1900
   Facsimile: (626) 577-7764
6
   Attorneys for Defendant
7  WELLS FARGO BANK, N.A., successor
   by merger with Wells Fargo Bank
8  Southwest, N.A., f/k/a Wachovia Mortgage,
   FSB, f/k/a World Savings Bank, FSB (sued
9  as "Wachovia Mortgage Corporation")
   ("Wells Fargo")
10

11              UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13

| | |
|---|---|
| 14  PAULETTE SCHAEFFER, | CASE NO.: 3:12-CV-02031-RS |
| 15          Plaintiff, | [Assigned to the Honorable Richard Seeborg] |
| 16       v. | **JOINT STIPULATION FOR EXTENSION OF TIME RE BRIEFING SCHEDULE FOR PRELIMINARY INJUNCTION** |
| 17  WACHOVIA MORTGAGE CORPORATION, a Division of WELLS FARGO, N.A.; CAL WESTERN RECONVEYANCE | |
| 18 | |
| 19          Defendants. | Date:  June 21, 2012<br>Time:  1:30 p.m.<br>Ctrm:  3, 17th Floor |

20

21

22  TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

23        Plaintiff Paulette Schaeffer ("Plaintiff") and Defendant Wells Fargo Bank, N.A.,

24  successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB

25  (erroneously sued as "Wachovia Mortgage Corporation") ("Wells Fargo") stipulate to extending

26  the briefing schedule for preliminary injunction hearing.

27  / / /

28  / / /

## **JOINT STIPULATION**

1. Pursuant to Court Order entered May 24, 2012, (Docket #11), Defendant Wells Fargo agreed to voluntarily postpone the foreclosure sale until June 29, 2012; timely filing its Statement. Plaintiff's TRO application was denied as moot and is addressed as an application for a Preliminary Injunction (the "Preliminary Injunction")

2. As such, pursuant to Court Order, the original briefing scheduling was as follows:
   a. Defendant's opposition to the Preliminary Injunction to be filed on June 7, 2012;
   b. Plaintiff's reply to be filed on June 14, 2012; and
   c. a Preliminary Injunction hearing, if necessary, would be on June 21, 2012 at 1:30p.m.

3. While the documents necessary were requested, Defendant Wells Fargo is currently compiling the documents to file its opposition.

4. The parties stipulate to a short extension regarding the briefing schedule and Preliminary Injunction hearing as follows:
   a. Defendant Wells Fargo to file its opposition to the Preliminary Injunction by June 21, 2012;
   b. Plaintiff to file her reply by June 28, 2012;
   c. The Preliminary Injunction hearing, if necessary, to be heard on July 5, 2012, at 1:30p.m. or ~~July ____, 2012 at _____ a.m.~~/p.m.

5. Defendant Wells Fargo agrees to postpone the foreclose sale until July 13, 2012.

6. There is no prejudice to Plaintiff and the extension is necessary for Defendant Wells Fargo to submit essential documentary evidence in support of its opposition.

7. This is the parties' second request for an extension.

**IT IS SO STIPULATED.**

Dated: June 7, 2012

MICHAEL WORTHINGTON, APC

By: _____
Michael Worthington
mworthington@intlawctr.com
Attorney for Plaintiff
Paulette Schaeffer

Dated: June 6, 2012

ANGLIN, FLEWELLING, RASMUSSEN,
CAMPBELL & TRYTTEN LLP

By: /s/ Grace B. Kang
Grace B. Kang
gkang@afrct.com
Attorneys for Defendant
WELLS FARGO BANK, N.A., successor by merger with Wells Farlo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB (sued as "Wachovia Mortgage Corporation") ("Wells Fargo")

**IT IS SO ORDERED**
*Judge Richard Seeborg*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Dated: 6/8/12

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Grace Kang, attest that concurrence in the filing of this document has been obtained from each of the signatories. I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 7th day of June, 2012.

/s/ Grace B. Kang
Grace B. Kang
gkang@afrct.com