IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PAULETTE SCHAEFFER, | No. C 12-2031 RS |
| Plaintiff, | |
| v. | **ORDER VACATING HEARING ON MOTION TO DISMISS AND DIRECTING PLAINTIFF TO FILE STATUS REPORT** |
| WACHOVIA MORTGAGE CORPORATION, et al., | |
| Defendants. | |

In light of plaintiff's notice that she has filed a petition for bankruptcy, the hearing set for August 24, 2012 is vacated. Within 60 days of the date of this order, plaintiff shall either dismiss this action or file a status report as to how she intends to proceed with the litigation.

IT IS SO ORDERED.

Dated: 8/10/12

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE