**MICHAEL WORTHINGTON, APC**     STATE BAR ID: 075234
15760 Ventura Blvd., Suite 700
Encino, CA 91436

tel. (818) 907 1696

Attorneys for Plaintiff
Paulette Schaeffer

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULETTE SCHAEFFER, | Case No: CIV 3:12-02031 RS |
| Plaintiff, | [~~PROPOSED~~] ORDER OF DISMISSAL |
| v | |
| WACHOVIA MORTGAGE CORPORATION, a Division of WELLS FARGO, N.A.; CAL WESTERN RECONVEYANCE, | [Assigned to Hon Richard Seeborg] Complaint Filed: April 23, 2012 |
| Defendants | |

Pursuant to Stipulation for Voluntary Dismissal of the parties herein,

IT IS ORDERED, that the entire action be dismissed with prejudice with each party to bear all of his/her/its own costs, fees and expenses.

Dated:  9/19/13

_[signature]_
Hon Richard Seeborg
United States District Judge

**Order of Dismissal**

1